UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

_____ Division

CIVIL RIGHTS COMPLAINT FORM

Joseph L. Jackson
#T46053

CASE NUMBER: 2:16 CV-721-FTM-99CM
(To be supplied by Clerk's Office)

(Enter full name of each Plaintiff and prison number, if applicable)

v.

BBA69 - Babcock, B.A.
SMD31 - St. Clair, M.D.
SW061 - Stanley, William

(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right).

ANSWER ALL OF THE FOLLOWING QUESTIONS:

I. PLACE OF PRESENT CONFINEMENT: Charlotte Correctional Institution
(Indicate the name and location)

II. EXHAUSTION OF ADMINISTRATIVE REMEDIES: Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.

III. PREVIOUS LAWSUITS:



DC 225 (Rev 2/2012)

1

A. Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?  Yes ( )  No (✓)

B. Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?  Yes ( )  No (✓)

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

   1. Parties to previous lawsuit:

      Plaintiff(s): _____

      _____

      Defendant(s): _____

      _____

   2. Court (if federal court, name the district; if state court, name the county):

      _____

   3. Docket Number: _____

   4. Name of judge: _____

   5. Briefly describe the facts and basis of the lawsuit: _____

      _____

      _____

   6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):

      _____

      _____

   7. Approximate filing date: _____

   8. Approximate disposition date: _____

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so,

identify these suits below by providing the case number, the style, and the disposition of each case: _____

_____

_____

_____

IV. PARTIES: In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. Name of Plaintiff: Joseph Leon Jackson #T46053
   Mailing address: 33123 Oil Well Road
   Punta Gorda FL 33955

B. Additional Plaintiffs: _____

_____

_____

In part C of this section, indicate the **full name** of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C. Defendant: SMO31 - St. Clair, M.D.
   Mailing Address: MARTIN Correctional Institution
   1150 S.W. Allapattah Road Indian Town FL 34956
   Position: Sergeant
   Employed at: Martin Correctional Institution

D. Defendant: SW061 - Stanley, William
   Mailing Address: Martin Correctional Institution 1150 S.W. Allapattah Road Indiantown, FL 34956

DC 225 (Rev 2/2012)                    3

Position: Officer

Employed at: Martin Correctional Institution

E. Defendant: BBA69 - Babcock, B.A.

Mailing Address: 1150 S.W. Allapattah Road
Indiantown, FL 34956

Position: ___

Employed at: ___

F. Defendant: ___

Mailing Address: ___

Position: ___

Employed at: ___

G. Defendant: ___

Mailing Address: ___

Position: ___

Employed at: ___

V. <u>STATEMENT OF CLAIM</u>: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. **Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.**

Eight Amendment Rights... Been violated
Deprivation of Rights Under Color of law... violated
Conspiracy Against Rights... Have been violated
DOC's Use of Force Policy

VI. <u>STATEMENT OF FACTS</u>: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant[s]).

July 8, 2016 between 4:30pm - 5:00pm while housed in CQ-2131 Martin C.I. I, Joseph L. Jackson #T46053 was explaining I had a medical emergency while the food flap was open to officer Stanley Williams. Also I need medical attention due to infection appearing within my stab wounds to no avail. This officer began saying derogatory words and racial slurs to me in return. In the midst of it all we began arguing and he pulled out his pepper spray (Chemical Agent) canister and slam my arm inside the food flap with one hand. In return he sprayed me and didn't report this incident. Instead he reported false reports and

documents in regards to his side of the chain of events.

Next, the Major, OFC Babcock, and Sgt St. Clair arrive at my cell (C2-215) demanded I submit to handcuff restraints I complied. I was escorted to the shower downstairs an instructed as well given an order and command to strip down to my boxers and prepare to be placed on property restriction and sprayed with chemical agents (pepper spray) for assaulting OFC Stanley Williams. In the event of comprehending these words I became light-headed and fainted upon exiting the shower with Sgt St Clair as my escort. Sgt. St Clair failed to maintain my stability and allowed me to buss my mouth open upon falling to the ground.

Next, Sgt. St Clair force me to attempt to stand up but I was to exhausted and he told me stand straight up or I'ma slam you on your face and thats when OFC Babcock assisted him in slamming me face first and attempting to break my finger while his knee was applying pressure to the back of my neck with force.

Then upon waiting to be placed in a wheel chair medical brung OFC Babcock punch me in the face. Then I was slammed back face first on the ground and drag on the ground while being slam face first through the hall door entering C3-111. All Defendant above sadistically and maliciously cause me harm.

---

VII. **RELIEF REQUESTED**: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

Each employee be arrested and charge appropriately As well I'm

requesting nominal compensatory and punitive damage be awarded to me in the amount of $3,000,000. Also be awarded $5,000 for discretionary moral judgement.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Signed this MON day of September 19, 2016.

Joseph Jackwell # T46053

(Signatures of all Plaintiffs)

IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☑ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail on: the MON day of September 19, 2016.